**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| CYPRESS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JESSE BATTEN FARMS, LLC; JESSE LEE BATTEN (Individually); CALVIN D. KING; THE SCOULAR COMPANY; LETITIA WILLIAMS, As the Administrator of the Estate of Floyd J. Fillingame, Deceased; KELLY BERNARD, As the Surviving Spouse of Floyd J. Fillingame, Deceased; and COLTON MCKENZIE FILLINGAME, COLLIN MIKHAIL FILLINGAME, ASHLEY NICOLE FILLINGAME, As the Surviving Children of Floyd J. Fillingame, Deceased; and LAKISTA MCCULLER,<br><br>Defendants. | ) | Case No.: 1:22-cv-00049-LAG |

**<u>CYPRESS INSURANCE COMPANY'S</u>**
**<u>MOTION TO DROP LAKISTA MCCULLER AS A PARTY</u>**

COMES NOW Cypress Insurance Company ("Cypress"), and, pursuant to Fed. R. Civ. P. 21, moves this Court to drop Lakista McCuller ("McCuller") as a party to this case as Mr. McCuller has signed a release and indemnity agreement releasing Jesse Batten Farms, LLC, Calvin King, and Georgia Farm Bureau Mutual Insurance Company from liability. As a result, coverage for potential claims Mr. McCuller might assert under the insurance policy at issue in this declaratory judgment action is no longer an issue. Cypress is filing contemporaneously herewith an accompanying Memorandum of Law.

Respectfully submitted this 30th day of September, 2022.

/s/ Kenan G. Loomis
Kenan G. Loomis
Georgia Bar No. 457865
COZEN O'CONNOR
1230 Peachtree Street, NE
The Promenade, Suite 400
Atlanta, GA 30309
Telephone: 404-572-2028
Facsimile: 866-591-9127
Email: kloomis@cozen.com

*Attorney for Cypress Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| CYPRESS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JESSE BATTEN FARMS, LLC; JESSE LEE BATTEN (Individually); CALVIN D. KING; THE SCOULAR COMPANY; LETITIA WILLIAMS, As the Administrator of the Estate of Floyd J. Fillingame, Deceased; KELLY BERNARD, As the Surviving Spouse of Floyd J. Fillingame, Deceased; and COLTON MCKENZIE FILLINGAME, COLLIN MIKHAIL FILLINGAME, ASHLEY NICOLE FILLINGAME, As the Surviving Children of Floyd J. Fillingame, Deceased; and LAKISTA MCCULLER,<br><br>Defendants. | ) | Case No.: 1:22-cv-00049-LAG |

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2022, I electronically filed the foregoing **CYPRESS INSURANCE COMPANY'S MOTION TO DROP LAKISTA MCCULLER AS A PARTY** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Eric A. Sterling
KENNETH S. NUGENT, P.C.
4227 Pleasant Hill Road
Building 11, Suite 300
Duluth, GA 30096
esterling@attorneykennugent.com

*Attorneys for Defendants Jesse Batten Farms, LLC and Jesse Lee Batten*

David M. Lewis
Deming, Parker, Hoffman, Campbell & Daly
2200 Century Parkway, NE, Suite 800
Atlanta, GA 30345
lewisd@deminglaw.com

*Attorneys for Letitia Williams, As the Administrator of the Estate of Floyd J. Fillingame, Deceased, and Colton McKenzie*

*Fillingame, Collin Mikhail Fillingame, Ashley Nicole Fillingame, As the Surviving Children of Floyd J. Fillingame, Deceased*

Franklin T. Gaddy
William H. Larsen
MARTIN SNOW, LLP
240 Third Street
P.O. Box 1606
Macon, GA 31202-1606
whlarsen@martinsnow.com
ftgaddy@martinsnow.com

*Attorneys for The Scoular Company*

Shaheen Z. Wallace
The Law Office of Shaheen Wallace
5850 Ellsworth Avenue, Suite 230
Pittsburgh, PA 15232
szw@wallaceinjury.com

*Attorney for Kelly Bernard, as the Surviving Spouse of Floyd J. Fillingame, Deceased*

This 30th day of September, 2022.

/s/ Kenan G. Loomis
Kenan G. Loomis
Georgia Bar No. 457865