**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| CYPRESS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JESSE BATTEN FARMS, LLC; JESSE LEE BATTEN (Individually); CALVIN D. KING; THE SCOULAR COMPANY; LETITIA WILLIAMS, As the Administrator of the Estate of Floyd J. Fillingame, Deceased; KELLY BERNARD, As the Surviving Spouse of Floyd J. Fillingame, Deceased; and COLTON MCKENZIE FILLINGAME, COLLIN MIKHAIL FILLINGAME, ASHLEY NICOLE FILLINGAME, As the Surviving Children of Floyd J. Fillingame, Deceased; and LAKISTA MCCULLER,<br><br>Defendants. | ) | Case No.: 1:22-cv-00049-LAG |

**<u>CYPRESS INSURANCE COMPANY'S MEMORANDUM OF LAW IN SUPPPORT OF ITS MOTION TO DROP LAKISTA MCCULLER AS A PARTY</u>**

COMES NOW Cypress Insurance Company ("Cypress") and submits this Memorandum of Law in Support of its Motion to Drop Lakista McCuller ("McCuller") as a Party in the above-captioned action, showing the Court as follows:

## STATEMENT OF FACTS

This is an insurance coverage case resulting from an automobile accident occurring on August 11, 2020. [ECF-1, p.2]. The accident resulted in the death of Floyd J. Fillingame. [ECF-1, p.2]. Cypress issued Business Auto Policy Number 03TRM032071-02 to Jesse Batten Farms, LLC (the "Policy"). [ECF-1, p.2]. On April 25, 2022, Cypress filed a Declaratory Judgment

Action seeking a determination as to whether the Cypress Business Auto Policy affords coverage for the August 11, 2020, accident. [ECF-1]. As noted in the docket, Cypress has served Jesse Batten Farms, Jesse Lee Batten, Calvin D. King, The Scoular Company, Letitia Williams, Kelly Bernard, Colton McKenzie Fillingame, Collin Mikhail Fillingame, and Ashley Nicole Fillingame; however, Cypress was unable to locate and serve Lakista McCuller. [ECF- 32-4, p.2.]. Mr. McCuller filed suit for his own alleged injuries incurred in the August 11, 2020, accident styled *Lakista McCuller v. Jesse Batten Farms, LLC, Calvin King, and Georgia Farm Bureau Mutual Insurance Company*, Superior Court of Lee County, Civil Action File No. 22-CV00012JS (the "McCuller Lawsuit"). Since the claims asserted in the McCuller Lawsuit potentially implicate coverage under the Policy, Cypress named Mr. McCuller as a party in this case.

On August 29, 2022, counsel for Mr. McCuller advised, via email, that the McCuller Lawsuit had been closed. A copy of the email is attached hereto as **Exhibit "A**." Mr. McCuller's counsel also provided Cypress with a copy of a Release Agreement that released all claims against Jesse Batten Farms, LLC, Calvin King, and Georgia Farm Bureau Mutual Insurance Company. **See Exhibit "B."** Pursuant to a Dismissal with Prejudice dated June 10, 2022, **( Exhibit "C"),** the McCuller Lawsuit has been resolved and dismissed, so that Mr. McCuller's claims no longer potentially implicate coverage under the Policy. Cypress thus moves this Court to drop Lakista McCuller as a defendant from the instant lawsuit.

**ARGUMENT AND CITIATION OF AUTHORITY**

Pursuant to Fed. R. Civ. P. 21, on motion or on its own, the court may at any time, on just terms, add or drop a party. The purpose of Declaratory Judgment actions is to bring all persons having an adverse or antagonistic interest in the subject matter before the court. *See Trianon Condo. Assoc., Inc. v. QBE Ins. Corp.*, 741 F. Supp. 2d 1327, 1330-31 (S.D. Fla. 2010); *see*

*also Hayse v. Standard Ins. Co.*, 2011 WL 307958 (M.D. Fla. Jan. 28, 2011). That purpose is no longer met here with respect to Mr. McCuller, as his claims arising from the August 11, 2020, accident have been released and dismissed such that they no longer potentially implicate coverage under the Policy. Accordingly, he should be dismissed from this case.

Cypress therefore respectfully requests that its Motion to Drop Lakista McCuller from this case be Granted.

Respectfully submitted this 30th day of September, 2022.

/s/ Kenan G. Loomis
Kenan G. Loomis
Georgia Bar No. 457865
COZEN O'CONNOR
1230 Peachtree Street, NE
The Promenade, Suite 400
Atlanta, GA 30309
Telephone: 404-572-2028
Facsimile: 866-591-9127
Email: kloomis@cozen.com

*Attorney for Cypress Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| CYPRESS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JESSE BATTEN FARMS, LLC; JESSE LEE BATTEN (Individually); CALVIN D. KING; THE SCOULAR COMPANY; LETITIA WILLIAMS, As the Administrator of the Estate of Floyd J. Fillingame, Deceased; KELLY BERNARD, As the Surviving Spouse of Floyd J. Fillingame, Deceased; and COLTON MCKENZIE FILLINGAME, COLLIN MIKHAIL FILLINGAME, ASHLEY NICOLE FILLINGAME, As the Surviving Children of Floyd J. Fillingame, Deceased; and LAKISTA MCCULLER,<br><br>Defendants. | ) | Case No.: 1:22-cv-00049-LAG |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 30, 2022, I electronically filed the foregoing **CYPRESS INSURANCE COMPANY'S MEMORANDUM OF LAW IN SUPPPORT OF ITS MOTION TO DROP LAKISTA MCCULLER AS A PARTY** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Eric A. Sterling
KENNETH S. NUGENT, P.C.
4227 Pleasant Hill Road
Building 11, Suite 300
Duluth, GA 30096
esterling@attorneykennugent.com

David M. Lewis
Deming, Parker, Hoffman, Campbell & Daly
2200 Century Parkway, NE, Suite 800
Atlanta, GA 30345
lewisd@deminglaw.com

*Attorneys for Defendants Jesse Batten Farms, LLC and Jesse Lee Batten*

*Attorneys for Letitia Williams, As the Administrator of the Estate of Floyd J. Fillingame, Deceased, and Colton McKenzie Fillingame, Collin Mikhail Fillingame, Ashley Nicole Fillingame, As the Surviving Children of Floyd J. Fillingame, Deceased*

Franklin T. Gaddy
William H. Larsen
MARTIN SNOW, LLP
240 Third Street
P.O. Box 1606
Macon, GA 31202-1606
whlarsen@martinsnow.com
ftgaddy@martinsnow.com

*Attorneys for The Scoular Company*

Shaheen Z. Wallace
The Law Office of Shaheen Wallace
5850 Ellsworth Avenue, Suite 230
Pittsburgh, PA 15232
szw@wallaceinjury.com

*Attorney for Kelly Bernard, as the Surviving Spouse of Floyd J. Fillingame, Deceased*

This 30th day of September, 2022.

/s/ Kenan G. Loomis
Kenan G. Loomis
Georgia Bar No. 457865