# EXHIBIT 1



**Berkshire Hathaway**
HOMESTATE COMPANIES
1314 Douglas Street, Suite 1300 · Omaha, NE 68102

# Policy Summary

JESSE BATTEN FARMS LLC
218 CARTER PLACE RD
LEESBURG, GA 31763

Policy Term:    **12/01/2019 12:01 AM**    to    **12/01/2020 12:01 AM**
Policy Number:    03TRM032071-02
Business Description:    **HOPPER BOTTOM TRAILER**

**Below information as of 12/01/2020 12:01 AM.**

*Coverage Information*

| Coverage | Limit |
|---|---|
| Liability - Bodily Injury (BI) & Property Damage (PD) | $1,000,000 Combined Single Limit |
| Liability applies to scheduled autos only. | |
| Uninsured Motorist - Bodily Injury (BI) & Property Damage (PD) | $75,000 Combined Single Limit |
| Medical Payments | $5,000 |
| Physical Damage | See Vehicle Information.  Only covered if a value and deductible are listed. |
| Physical Damage (TIV) | $55,500 |
| Cargo | See Vehicle Information.  Only covered if a limit and deductible are listed. |
| Trailer Interchange | Comprehensive: $40,000  Collision: $40,000  Ded: 500/1,000 |

*Drivers*

| Name | Date of Birth |
|---|---|
| BOBBY MCCRAY | **REDACTED** |
| JAMES MCGRADY | |
| JESSE BATTEN | |
| MICHAEL HALL | |
| RICHARDO D. CONLEY | |

*Vehicle Information*

**2.  1986 WILSON HOPPER BOTTOM T**
VIN: 1W1P0F2H1G2210685

Physical Damage Stated Value
Comprehensive Deductible: $1,000
Cargo:  Not Covered

Radius:  200 miles
Garaging City, State:    LEESBURG, GA
Garaging Zip Code: 31763
Collision Deductible: $1,000

**4.  2006 PETERBILT CONVENTIONAL**
VIN: 1XP7DB9X76D877485

Physical Damage Stated Value
Comprehensive Deductible: $1,000
Cargo Limit: $100,000

Radius:  200 miles
Garaging City, State:    LEESBURG, GA
Garaging Zip Code: 31763
Collision Deductible: $1,000

(Continued on next page)
Page 1 of 2

Loss Payee:   BANK OF DAWSON
PO BOX 230
DAWSON, GA 39842

**5. 2000 TRAILMOBILE TRAILMOBILE**
VIN: 1PT01JAHXY9005401

Physical Damage Stated Value:
Comprehensive Deductible: $1,000
Cargo: Not Covered

Radius: 200 miles
Garaging City, State:    LEESBURG, GA
Garaging Zip Code: 31763
Collision Deductible: $1,000

**7. 2009 MANAC FLB**
VIN: 5MC3116259P010066

Physical Damage Stated Value
Comprehensive Deductible: $1,000
Cargo: Not Covered

Radius: 200 miles
Garaging City, State:    LEESBURG, GA
Garaging Zip Code: 31763
Collision Deductible: $1,000

*Interested Third Parties*

**Additional Insureds**

| | | |
|---|---|---|
| PINE TIMBER COMPANY | 977 STAGECOACH ROAD | OGLETHORPE, GA 31068 |
| AGROWSTAR | PO BOX 953 | BONAIRE, GA 31005 |
| WAR EAGLE GRAIN LLC DBA AGROSTAR | PO BOX 190 | DAVISBORO, GA 31018 |
| CAIN A.M. BICKLEY, LLC | P.O. BOX 91 | MARSHALLVILLE, GA 31057 |

M-8007 (01/2009)

Policy Number   03 TRM 032071 - 02

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

09/23/2019

M-5279a (10/2007)

# NOTICE OF COVERAGE CHANGES

**INSURED:**    **JESSE BATTEN FARMS LLC**

**COMPANY:**    **Cypress Insurance Company**

| | | | | |
|---|---|---|---|---|
| **RENEWAL POLICY #:** | **03 TRM 032071 - 02** | **POLICY TERM:** | **12/01/2019** to | **12/01/2020** |
| **EXPIRING POLICY #:** | **03 TRM 032071 - 01** | **POLICY TERM:** | **12/01/2018** to | **12/01/2019** |

This insurance policy, which is a renewal of the expiring policy listed above, has changes in coverage initiated by the Company. The changes in coverage are listed below. **TO UNDERSTAND YOUR POLICY AND THESE CHANGES, PLEASE READ YOUR POLICY CAREFULLY.** If you have any questions, please contact your insurance agent.

**RENEWAL POLICY CHANGES:**

| | |
|---|---|
| New Form | **M 5655 (5/2012) Cargo Coverage Form** |
| Removed Form | **M 4428a (4/2008) Cargo Coverage Form Named Perils** |

## GEORGIA LIABILITY INSURANCE IDENTIFICATION CARD

COMPANY NAME AND ADDRESS

**Cypress Insurance Company**
1 California Street, Suite 600
San Francisco, CA 94111

CO. TELEPHONE NUMBER
**8003565750**

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 03 TRM 032071 - 02 | 12/01/2019 12:01 AM | 12/01/2020 12:01 AM |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1999 | FREIGHTLINER CONVENTIONAl | 1FUYDSZB1XLA68335 |

AGENCY/COMPANY ISSUING CARD

Taylor Insurance Agency Incorporated
2305 Robin Hood Rd
Albany, GA 31707

INSURED

**JESSE BATTEN FARMS LLC**
218 CARTER PLACE RD
LEESBURG, GA 31763

SEE IMPORTANT NOTICE ON REVERSE SIDE

M-5937 GA (11/2018)

······· CUT ALONG THIS LINE ·······

**KEEP THIS CARD IN YOUR MOTOR VEHICLE WHILE IN OPERATION.**

Report All Accidents To:

**1-800-356-5750**

24 Hour    Toll Free

Claims may also be reported at:

bhhcclaim@bhhc.com

The current status of actual motor vehicle liability coverage is maintained by the Georgia Dept. of Motor Vehicle Safety and is accessible to law enforcement agencies upon a check of the vehicle registration.

······· CUT ALONG THIS LINE ·······

---

## GEORGIA LIABILITY INSURANCE IDENTIFICATION CARD

COMPANY NAME AND ADDRESS

**Cypress Insurance Company**
1 California Street, Suite 600
San Francisco, CA 94111

CO. TELEPHONE NUMBER
**8003565750**

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 03 TRM 032071 - 02 | 12/01/2019 12:01 AM | 12/01/2020 12:01 AM |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1999 | FREIGHTLINER CONVENTIONAl | 1FUYDSZB1XLA68335 |

AGENCY/COMPANY ISSUING CARD

Taylor Insurance Agency Incorporated
2305 Robin Hood Rd
Albany, GA 31707

INSURED

**JESSE BATTEN FARMS LLC**
218 CARTER PLACE RD
LEESBURG, GA 31763

SEE IMPORTANT NOTICE ON REVERSE SIDE

M-5937 GA (11/2018)

······· CUT ALONG THIS LINE ·······

**KEEP THIS CARD IN YOUR MOTOR VEHICLE WHILE IN OPERATION.**

Report All Accidents To:

**1-800-356-5750**

24 Hour    Toll Free

Claims may also be reported at:

bhhcclaim@bhhc.com

The current status of actual motor vehicle liability coverage is maintained by the Georgia Dept. of Motor Vehicle Safety and is accessible to law enforcement agencies upon a check of the vehicle registration.

······· CUT ALONG THIS LINE ·······

**GEORGIA LIABILITY INSURANCE
IDENTIFICATION CARD**

**KEEP THIS CARD IN YOUR MOTOR
VEHICLE WHILE IN OPERATION.**

COMPANY NAME AND ADDRESS

**Cypress Insurance Company**
1 California Street, Suite 600
San Francisco, CA 94111

CO. TELEPHONE NUMBER

**8003565750**

Report All Accidents To:

**1-800-356-5750**

24 Hour        Toll Free

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 03 TRM 032071 - 02 | 12/01/2019 12:01 AM | 12/01/2020 12:01 AM |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2006 | PETERBILT CONVENTIONAL | 1XP7DB9X76D877485 |

Claims may also be reported at:

bhhcclaim@bhhc.com

AGENCY/COMPANY ISSUING CARD

Taylor Insurance Agency Incorporated
2306 Robin Hood Rd
Albany, GA 31707

INSURED

**JESSE BATTEN FARMS LLC**
218 CARTER PLACE RD
LEESBURG, GA 31763

The current status of actual motor vehicle liability coverage is maintained by the Georgia Dept. of Motor Vehicle Safety and is accessible to law enforcement agencies upon a check of the vehicle registration.

SEE IMPORTANT NOTICE ON REVERSE SIDE

M-5937 GA (11/2018)

---- CUT ALONG THIS LINE ----     ---- CUT ALONG THIS LINE ----

**GEORGIA LIABILITY INSURANCE
IDENTIFICATION CARD**

**KEEP THIS CARD IN YOUR MOTOR
VEHICLE WHILE IN OPERATION.**

COMPANY NAME AND ADDRESS

**Cypress Insurance Company**
1 California Street, Suite 600
San Francisco, CA 94111

CO. TELEPHONE NUMBER

**8003565750**

Report All Accidents To:

**1-800-356-5750**

24 Hour        Toll Free

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 03 TRM 032071 - 02 | 12/01/2019 12:01 AM | 12/01/2020 12:01 AM |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2006 | PETERBILT CONVENTIONAL | 1XP7DB9X76D877485 |

Claims may also be reported at:

bhhcclaim@bhhc.com

AGENCY/COMPANY ISSUING CARD

Taylor Insurance Agency Incorporated
2306 Robin Hood Rd
Albany, GA 31707

INSURED

**JESSE BATTEN FARMS LLC**
218 CARTER PLACE RD
LEESBURG, GA 31763

The current status of actual motor vehicle liability coverage is maintained by the Georgia Dept. of Motor Vehicle Safety and is accessible to law enforcement agencies upon a check of the vehicle registration.

SEE IMPORTANT NOTICE ON REVERSE SIDE

M-5937 GA (11/2018)

---- CUT ALONG THIS LINE ----     ---- CUT ALONG THIS LINE ----

## GEORGIA LIABILITY INSURANCE
### IDENTIFICATION CARD

**KEEP THIS CARD IN YOUR MOTOR VEHICLE WHILE IN OPERATION.**

Report All Accidents To:

**1-800-356-5750**

24 Hour      Toll Free

Claims may also be reported at:

bhhcclaim@bhhc.com

COMPANY NAME AND ADDRESS

**Cypress Insurance Company**
1 California Street, Suite 600
San Francisco, CA 94111

CO. TELEPHONE NUMBER
**8003565750**

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 03 TRM 032071 - 02 | 12/01/2019 12:01 AM | 12/01/2020 12:01 AM |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2002 | FREIGHTLINER FLC120D | 1FUJBBCG42LK29116 |

AGENCY/COMPANY ISSUING CARD

Taylor Insurance Agency Incorporated
2305 Robin Hood Rd
Albany, GA 31707

INSURED

**JESSE BATTEN FARMS LLC**
218 CARTER PLACE RD
LEESBURG, GA 31763

The current status of actual motor vehicle liability coverage is maintained by the Georgia Dept. of Motor Vehicle Safety and is accessible to law enforcement agencies upon a check of the vehicle registration.

SEE IMPORTANT NOTICE ON REVERSE SIDE

M-5937 GA (11/2018)

········ CUT ALONG THIS LINE ········      ···· CUT ALONG THIS LINE ····

## GEORGIA LIABILITY INSURANCE
### IDENTIFICATION CARD

**KEEP THIS CARD IN YOUR MOTOR VEHICLE WHILE IN OPERATION.**

Report All Accidents To:

**1-800-356-5750**

24 Hour      Toll Free

Claims may also be reported at:

bhhcclaim@bhhc.com

COMPANY NAME AND ADDRESS

**Cypress Insurance Company**
1 California Street, Suite 600
San Francisco, CA 94111

CO. TELEPHONE NUMBER
**8003565750**

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 03 TRM 032071 - 02 | 12/01/2019 12:01 AM | 12/01/2020 12:01 AM |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2002 | FREIGHTLINER FLC120D | 1FUJBBCG42LK29116 |

AGENCY/COMPANY ISSUING CARD

Taylor Insurance Agency Incorporated
2305 Robin Hood Rd
Albany, GA 31707

INSURED

**JESSE BATTEN FARMS LLC**
218 CARTER PLACE RD
LEESBURG, GA 31763

The current status of actual motor vehicle liability coverage is maintained by the Georgia Dept. of Motor Vehicle Safety and is accessible to law enforcement agencies upon a check of the vehicle registration.

SEE IMPORTANT NOTICE ON REVERSE SIDE

M-5937 GA (11/2018)

········ CUT ALONG THIS LINE ········      ···· CUT ALONG THIS LINE ····

**Cypress Insurance Company**

A STOCK COMPANY

# COMMERCIAL POLICY

**Report <u>ALL</u> Accidents To:**

# 1-800-356-5750

**24 Hour**            **Toll Free**

**IMPORTANT NOTICE**
**TO AUTOMOBILE POLICYHOLDERS**
If any new or replacement drivers are hired
during the term of this policy, notify the
company immediately. Failure to do so may
result in termination of your policy.

THESE POLICY PROVISIONS WITH THE DECLARATIONS PAGE, COVERAGE FORM
AND ENDORSEMENTS, IF ANY, COMPLETE THIS POLICY. THIS POLICY IS A LEGAL
CONTRACT BETWEEN THE POLICY OWNER AND THE COMPANY.

**READ YOUR POLICY CAREFULLY**

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy
shall not be valid unless countersigned by our authorized representative

President
Berkshire Hathaway Homestate Insurance Company
Brookwood Insurance Company
Continental Divide Insurance Company
Redwood Fire and Casualty Insurance Company

President
Cypress Insurance Company
Oak River Insurance Company

Secretary

M-6603 (03/2017)

09/23/2019

03TRM032071-01

RENEWAL NUMBER

CROSS REFERENCE NUMBER

**03 TRM 032071 - 02**

# CYPRESS INSURANCE COMPANY
SAN FRANCISCO, CALIFORNIA
## BUSINESS AUTO COVERAGE DECLARATIONS

☐ The Declarations
include a second part
designated "Part 2".

**ITEM ONE NAMED INSURED & ADDRESS**
**JESSE BATTEN FARMS LLC**
**218 CARTER PLACE RD**
**LEESBURG, GA 31763**

**Producer**
**Taylor Insurance Agency Incorporated**
**2305 Robin Hood Rd**
**Albany, GA 31707**

FORM OF NAMED INSURED'S BUSINESS:       LLC

NAMED INSURED'S BUSINESS:       **HOPPER BOTTOM TRAILER**

POLICY PERIOD: Policy covers FROM        **12/01/2019 12:01 AM**       TO       **12/01/2020**       12:01 A.M. Standard Time at the Named Insured's Address stated above.

**ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS**

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage.

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTOS Section of the Business Auto Coverage Form shows which autos are covered autos) | LIMIT OF INSURANCE THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | PREMIUM | |
|---|---|---|---|---|
| LIABILITY | 7 | $ 1,000,000 CSL | $ | |
| PERSONAL INJURY PROTECTION (P.I.P.) (or equivalent No-fault coverage) | | SEPARATELY STATED IN EACH P.I.P. ENDORSEMENT MINUS $ Deductible | $ | |
| ADDED P.I.P. (or equivalent added No-fault cov.) | | SEPARATELY STATED IN EACH ADDED P.I.P. ENDORSEMENT | $ | |
| PROPERTY PROTECTION INSURANCE (P.P.I.) (Michigan only) | | SEPARATELY STATED IN THE P.P.I. ENDORSEMENT MINUS $ Deductible FOR EACH ACCIDENT | $ | |
| AUTO MEDICAL PAYMENTS | 7 | $ 5,000 | $ | |
| UNINSURED MOTORISTS | 10 | $ 75,000 CSL (BI & PD) | $ | |
| UNDERINSURED MOTORISTS (when not included in Uninsured Motorists coverage) | | $ | $ | |
| PHYSICAL DAMAGE INSURANCE | | | | |
| COMPREHENSIVE COVERAGE | 7 | $ See M 3912b (08/2001) | $ | **INCL** |
| SPECIFIED CAUSES OF LOSS | | $ | $ | |
| COLLISION COVERAGE | 7 | $ See M 3912b (08/2001) | $ | |
| TOWING AND LABOR | | $ Deductible FOR EACH COVERED AUTO | $ | |

| FORMS AND ENDORSEMENTS CONTAINED IN THIS POLICY AT ITS INCEPTION | PREMIUM FOR ENDORSEMENTS | $ |
|---|---|---|
| See M4572 (12/1994) | ESTIMATED TOTAL PREMIUM | $ |

**ENTER SYMBOL 10 DESCRIPTION HERE:**
    Symbol 10 - Only those autos described in Item Three of the Declarations with Liability premium shown.

| POLICY SUBJECT TO A FULLY EARNED POLICYWRITING MINIMUM PREMIUM OF $ | 0 | IF CANCELLED BY THE INSURED. |
|---|---|---|

| ITEM THREE - SCHEDULE OF COVERED AUTOS | AS ATTACHED |
|---|---|

Countersigned At _____ By _____

In Witness whereof, we have caused this policy to be executed and attested.

AUTHORIZED SIGNATURE

Secretary

President

M-5605 (02/2011)

09/23/2019

## SCHEDULE OF FORMS AND ENDORSEMENTS AT POLICY INCEPTION

POLICY #        03 TRM 032071 - 02

INSURED      **JESSE BATTEN FARMS LLC**

EFFECTIVE    12/01/2019 12:01 AM

| | | |
|---|---|---|
| IL 0017 | 11/1998 | Common Policy Conditions |
| M 5603 | 03/2017 | Policy Jacket |
| M 5605 | 02/2011 | Business Auto Coverage Declarations |
| M 4572 | 12/1994 | Schedule of Forms and Endorsements at Policy Inception |
| M 5171 | 06/2004 | Schedule of Covered Autos |
| CA 2320 | 03/2010 | Truckers Endorsement |
| CA 0001 | 10/2013 | Business Auto Coverage Form |
| M 3912b | 08/2001 | Stated Amount Insurance |
| CA 2111 | 10/2013 | Georgia Uninsured Motorists Coverage - Reduced By At-Fault Liability Limits |
| CA 9903 | 10/2013 | AUTO MEDICAL PAYMENTS COVERAGE |
| CA 9944 | 10/2013 | Loss Payable Clause |
| M 4034 | 07/2010 | Trailer Interchange Amendatory Endorsement |
| CA 0109 | 10/2013 | GEORGIA CHANGES |
| IL 0021 | 09/2008 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT |
| M 5479 | 04/2010 | Towing and Storing Costs |
| M 5647 | 01/2013 | Combined Deductible |
| M 5395 | 06/2018 | Georgia Changes - Cancellation and Nonrenewal |
| M 5887 | 05/2016 | ADDITIONAL INSURED ENDORSEMENT |
| M 5804 | 08/2014 | Uninsured Motorists Coverage Amendatory Endorsement |
| M 5701 | 05/2012 | Supplemental Declarations - Cargo Coverage |
| M 5623 | 04/2011 | Application of Policy - Financial Responsibility |
| M 5655 | 05/2012 | Cargo Coverage Form |
| M 3795 | 03/1987 | Punitive Damage Exclusion Duty to Defend Amendment |
| M 5824 | 01/2015 | Terrorism Risk Insurance Endorsement |

## SCHEDULE OF COVERED AUTOS

M-5171 (06/2004)

POLICY NUMBER: **03 TRM 032071 - 02**                    EFFECTIVE DATE: **12/01/2019 12:01 AM**

NAMED INSURED: **JESSE BATTEN FARMS LLC**

| Policy-Level Coverages | The premium charge for Uninsured Motorist Coverage is a policy charge; |
|---|---|
| Uninsured Motorist Coverage: | separate premium charges are not made for individual covered autos. |
| Underinsured Motorist Coverage: | |
| Other: | |

| Vehicle # | Year | Make & Model | VIN | Use* (C/S/R) | Radius | Garaging Territory | Garaging City, State | GVW or Seating Cap. |
|---|---|---|---|---|---|---|---|---|
| | Liability Premium | Medical Payments Premium | Personal Injury Protection Premium | | Additional Insured Premium | | In-Tow Premium | Cargo Premium |
| | Stated Limit or ACV | Specified Causes (S) or Comprehensive (C) | Specified Causes or Comprehensive Premium | | Specified Causes or Comprehensive Deductible | | Collision Premium | Collision Deductible |
| 1 | 2009 | WILSON HOPPER BOTTOM TRAILER | 4WWMAF1A693614717 | C | 200 Miles | 619 | LEESBURG, GA | 46,001 Lbs. |
| | 20,000 | C | Incl | | 2500 Ded | | | 2500 Ded |
| 2 | 1986 | WILSON HOPPER BOTTOM TRAILER | 1W1P0F2H1G2210585 | C | 200 Miles | 619 | LEESBURG, GA | 46,001 Lbs. |
| | 18,500 | C | Incl | | 1000 Ded | | | 1000 Ded |
| 3 | 1999 | FREIGHTLINER CONVENTIONAL | 1FUYDSZB1XLA58335 | C | 200 Miles | 619 | LEESBURG, GA | 45,001 Lbs. |
| | | | | | | | | 512 |
| | 10,000 | C | Incl | | 1000 Ded | | | 1000 Ded |
| 4 | 2006 | PETERBILT CONVENTIONAL | 1XP7DB9X76D877486 | C | 200 Miles | 619 | LEESBURG, GA | 45,001 Lbs. |
| | | | | | | | | 512 |
| | 26,000 | C | Incl | | 2500 Ded | | | 2500 Ded |
| 5 | 2000 | TRAILMOBILE TRAILMOBILE | 1PT01JAHXY9005401 | C | 200 Miles | 619 | LEESBURG, GA | 46,001 Lbs. |
| | 7,500 | C | Incl | | 1000 Ded | | | 1000 Ded |
| 6 | 2001 | TIMPTE TIMPTE | 1TDH422201B089412 | C | 200 Miles | 619 | LEESBURG, GA | 45,001 Lbs. |
| | 22,000 | C | Incl | | 2500 Ded | | | 2500 Ded |
| 7 | 2009 | WILSON HOPPER BOTTOM TRAILER | 5MC3116269P010056 | C | 200 Miles | 619 | LEESBURG, GA | 45,001 Lbs. |
| | 45,000 | C | Incl | | 1000 Ded | | | 1000 Ded |
| 8 | 2002 | FREIGHTLINER FLC120D | 5FUJBBCG42LK29116 | C | 200 Miles | 619 | LEESBURG, GA | 45,001 Lbs. |
| | | | | | | | | 713 |
| | 23,000 | C | Incl | | 1000 Ded | | | 1000 Ded |

*Use (C = Commercial, S = Service, R = Retail)

09/23/2019

POLICY NUMBER:    03 TRM 032071 - 02

COMMERCIAL AUTO
CA 23 20 03 10

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TRUCKERS ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured: | JESSE BATTEN FARMS LLC |
| Endorsement Effective Date: | 12/01/2019 12:01 AM |

### SCHEDULE

For those covered "autos" used in your operations as a "trucker", the liability "cost of hire" provisions in the Declarations are replaced by the following:

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums – Liability Coverage**

| Liability Coverage – Rating Basis, Cost Of Hire – Autos Used In Your Trucking Operations | | |
|---|---|---|
| Estimated Cost Of Hire | Rate Per Each $100 Cost Of Hire | Total Estimated Premium |
| $ | $ | $ |

"Cost of hire" means the total cost you incur for the hire of "autos" you don't own (not including "private passenger type autos" you borrow or rent from members of your household, your partners, "employees" or agents or members of their households).

09/23/2019

CA 23 20 03 10                    © Insurance Services Office, Inc., 2009                    Page 1 of 6    □

The following provisions apply to those covered "autos" used in your operations as a "trucker" if gross receipts is used as a premium basis:

| Schedule For Gross Receipts Rating Basis – Liability Coverage | |
|---|---|
| **Estimated Yearly Gross Receipts:** | |
| **Rates (Per $100 Of Gross Receipts)** | |
| Liability Coverage | $ |
| Auto Medical Payments | $ |
| **Premiums** | |
| Liability Coverage | $ |
| Auto Medical Payments | $ |
| **Total Premiums** | $ |
| **Minimum Premiums** | $ |

When used as a premium basis:
Gross receipts means the total amount to which you are entitled for shipping or transporting property during the policy period regardless of whether you or any other carrier originates the shipment or transportation. Gross receipts includes the total amount received from renting equipment, with or without drivers, to anyone who is not a "trucker" and 15% of the total amount received from renting any equipment to any "trucker". Gross receipts does not include:

1. Amounts you pay to railroads, steamship lines, airlines and other motor carriers operating under their own ICC or PUC permits.

2. Advertising revenue.
3. Taxes which you collect as a separate item and remit directly to a governmental division.
4. C.O.D. collections for cost of mail or merchandise including collection fees.
5. Warehouse storage fees.

| Schedule Of Trailer Interchange Coverage | | |
|---|---|---|
| **Coverages** | **Limit Of Insurance And Deductible** | **Estimated Premium** |
| Comprehensive | Least Of Actual Cash Value, Cost Of Repair Or | $ |
| | $              **Limit Of Insurance** | |
| | $              **Deductible For Each Trailer** | |
| Specified Causes Of Loss | Least Of Actual Cash Value, Cost Of Repair Or | $ |
| | $              **Limit Of Insurance** | |
| | $              **Deductible For Each Trailer** | |
| Collision | Least Of Actual Cash Value, Cost Of Repair Or | $ |
| | $              **Limit Of Insurance** | |
| | $              **Deductible For Each Trailer** | |
| **Total Premium** | $      See M 4034 (7/2010) | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

© Insurance Services Office, Inc., 2009
CA 23 20 03 10    □

**Physical Damage Coverage**

The **Physical Damage Coverage** Exclusion in Paragraph **C.** of this endorsement is removed for each of the following coverages indicated by an "X" in the box.

☐ **Comprehensive**
☐ **Specified Causes Of Loss**
☐ **Collision**

For any operations you engage in as a "trucker", the policy is changed as follows:

**A. Who Is An Insured** under **Liability Coverage** is replaced by the following:

  **1. Who Is An Insured**

    **a.** You for any covered "auto".

    **b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      **(1)** The owner or anyone else from whom you hire or borrow a covered "private passenger type auto".

      **(2)** Your "employee" or agent if the covered "auto" is a "private passenger type auto" and is owned by that "employee" or agent or a member of his or her household.

      **(3)** Someone using a covered "auto" while they are working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

      **(4)** Anyone other than your "employees", partners (if you are a partnership), or members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

      **(5)** A partner (if you are a partnership) or member (if you are a limited liability company) for a covered "private passenger type auto" owned by him or her or a member of his or her household.

    **c.** The owner or anyone else from whom you hire or borrow a covered "auto" that is a "trailer" while the "trailer" is connected to another covered "auto" that is a power unit, or, if not connected:

      **(1)** Is being used exclusively in your business as a "trucker"; and

      **(2)** Is being used pursuant to operating rights granted to you by a public authority.

    **d.** The owner or anyone else from whom you hire or borrow a covered "auto" that is not a "trailer" while the covered "auto":

      **(1)** Is being used exclusively in your business as a "trucker"; and

      **(2)** Is being used pursuant to operating rights granted to you by a public authority.

    **e.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

  However, none of the following is an "insured":

    **a.** Any "trucker", or his or her agents or "employees", other than you and your "employees":

      **(1)** If the "trucker" is subject to motor carrier insurance requirements and meets them by a means other than "auto" liability insurance.

      **(2)** If the "trucker" is not insured for hired "autos" under an "auto" liability insurance form that insures on a primary basis the owners of the "autos" and their agents and "employees" while the "autos" are being used exclusively in the "trucker's" business and pursuant to operating rights granted to the "trucker" by a public authority.

    **b.** Any rail, water or air carrier or its "employees" or agents, other than you and your "employees", for a "trailer" if "bodily injury" or "property damage" occurs while the "trailer" is detached from a covered "auto" you are using and:

      **(1)** Is being transported by the carrier; or

      **(2)** Is being loaded on or unloaded from any unit of transportation by the carrier.

**B.** The following **Trailer Interchange Coverage** Provisions are added:

**1. Coverage**

**a.** We will pay all sums you legally must pay as damages because of "loss" to a "trailer" you don't own or its equipment. The "trailer" must be in your possession under a written "trailer" or equipment interchange agreement in which you assume liability for "loss" to the "trailer" while in your possession.

**b.** We will pay for "loss" to the "trailer" under:

**(1) Comprehensive Coverage**

From any cause except:

**(a)** The "trailer's" collision with another object; or

**(b)** The "trailer's" overturn.

**(2) Specified Causes Of Loss Coverage**

Caused by:

**(a)** Fire, lightning or explosion;

**(b)** Theft;

**(c)** Windstorm, hail or earthquake;

**(d)** Flood;

**(e)** Mischief or vandalism; or

**(f)** The sinking, burning, collision or derailment of any conveyance transporting the "trailer".

**(3) Collision Coverage**

Caused by:

**(a)** The "trailer's" collision with another object; or

**(b)** The "trailer's" overturn.

**c.** We have the right and duty to defend any "suit" asking for these damages. However, we have no duty to defend "suits" for "loss" not covered by this coverage form. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

**d. Coverage Extensions**

The following applies as Supplementary Payments. We will pay for you:

**(1)** All expenses we incur.

**(2)** The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance.

**(3)** All reasonable expenses incurred at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(4)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(5)** All interest on the full amount of any judgment that accrues after entry of the judgment, but our duty to pay interest ends when we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**2. Exclusions**

**a.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**(1) Nuclear Hazard**

**(a)** The explosion of any weapon employing atomic fission or fusion; or

**(b)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**(2) War Or Military Action**

**(a)** War, including undeclared or civil war;

**(b)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(c)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**b.** We will not pay for loss of use.

**c. Other Exclusions**

We will not pay for "loss" due and confined to:

**(1)** Wear and tear, freezing, mechanical or electrical breakdown.

**(2)** Blowouts, punctures or other road damage to tires.

          © Insurance Services Office, Inc., 2009          CA 23 20 03 10          □

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**3. Limit Of Insurance**

The most we will pay for "loss" to any one "trailer" is the least of the following amounts:

a. The actual cash value of the damaged or stolen property at the time of the "loss".

b. The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

c. The Limit of Insurance shown in the Schedule.

**4. Deductible**

For each covered "trailer", our obligation to pay:

a. The actual cash value of the damaged or stolen property at the time of the "loss" will be reduced by the applicable deductible shown in the Schedule;

b. The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality will be reduced by the applicable deductible shown in the Schedule; or

c. The damages for "loss" that would otherwise be payable will be reduced by the applicable deductible shown in the Schedule prior to the application of the Limit of Insurance shown in the Schedule.

**C. Physical Damage Coverage** is changed by adding the following exclusion:

We will not pay for "loss" to:

Any covered "auto" while in anyone else's possession under a written trailer interchange agreement. But this exclusion does not apply to a loss payee; however, if we pay the loss payee, you must reimburse us for our payment.

**D.** The **Other Insurance** Condition is replaced by the following:

**5. Other Insurance – Primary And Excess Insurance Provisions**

a. This coverage form's Liability Coverage is primary for any covered "auto" while hired or borrowed by you and used exclusively in your business as a "trucker" and pursuant to operating rights granted to you by a public authority. This coverage form's Liability Coverage is excess over any other collectible insurance for any covered "auto" while hired or borrowed from you by another "trucker". However, while a covered "auto" which is a "trailer" is connected to a power unit, this coverage form's Liability Coverage is:

(1) On the same basis, primary or excess, as for the power unit if the power unit is a covered "auto".

(2) Excess if the power unit is not a covered "auto".

b. Any Trailer Interchange Coverage provided by this coverage form is primary for any covered "auto".

c. Except as provided in Paragraphs a. and b. above, this coverage form provides primary insurance for any covered "auto" you own and excess insurance for any covered "auto" you don't own.

d. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

e. Regardless of the provisions of Paragraphs a., b. and c. above, this coverage form's Liability Coverage is primary for any liability assumed under an "insured contract".

**f.** When this coverage form and any other coverage form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our coverage form bears to the total of the limits of all the coverage forms and policies covering on the same basis.

**E. Additional Definitions**

As used in this endorsement:

**1.** "Trailer" includes a semitrailer or a dolly used to convert a semitrailer into a trailer. But for Trailer Interchange Coverage only, "trailer" also includes a container.

**2.** "Private passenger type" means a private passenger or station wagon type "auto" and includes an "auto" of the pickup or van type if not used for business purposes.

**3.** "Trucker" means any person or organization engaged in the business of transporting property by "auto" for hire.

© Insurance Services Office, Inc., 2009

Policy Number   03 TRM 032071 - 02

COMMERCIAL AUTO
CA 00 01 10 13

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** — Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **9** | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

09/23/2019

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
|---|---|---|

## B. Owned Autos You Acquire After The Policy Begins

**1.** If Symbols **1, 2, 3, 4, 5, 6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

**2.** But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

  **a.** We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

  **b.** You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

## C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

**1.** "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

**2.** "Mobile equipment" while being carried or towed by a covered "auto".

**3.** Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

  **a.** Breakdown;

  **b.** Repair;

  **c.** Servicing;

  **d.** "Loss"; or

  **e.** Destruction.

## SECTION II – COVERED AUTOS LIABILITY COVERAGE

### A. Coverage

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

**1. Who Is An Insured**

The following are "insureds":

  **a.** You for any covered "auto".

  **b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

    **(1)** The owner or anyone else from whom you hire or borrow a covered "auto".

    This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

© Insurance Services Office, Inc., 2011

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

4. **Employee Indemnification And Employer's Liability**

"Bodily injury" to:

a. An "employee" of the "insured" arising out of and in the course of:

   (1) Employment by the "insured"; or

   (2) Performing the duties related to the conduct of the "insured's" business; or

b. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

   (1) Whether the "insured" may be liable as an employer or in any other capacity; and

   (2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. **Fellow Employee**

"Bodily injury" to:

a. Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

b. The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

6. **Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

7. **Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

a. Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

b. After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

8. **Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

9. **Operations**

"Bodily injury" or "property damage" arising out of the operation of:

a. Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

b. Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

10. **Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

   (1) When all of the work called for in your contract has been completed;

   (2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

   (3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    © Insurance Services Office, Inc., 2011

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III – PHYSICAL DAMAGE COVERAGE

### A. Coverage

**1.** We will pay for "loss" to a covered "auto" or its equipment under:

**a. Comprehensive Coverage**

From any cause except:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**b. Specified Causes Of Loss Coverage**

Caused by:

**(1)** Fire, lightning or explosion;

**(2)** Theft;

**(3)** Windstorm, hail or earthquake;

**(4)** Flood;

**(5)** Mischief or vandalism; or

**(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

**c. Collision Coverage**

Caused by:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**2. Towing**

We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

**3. Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

**a.** Glass breakage;

**b.** "Loss" caused by hitting a bird or animal; and

**c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**4. Coverage Extensions**

**a. Transportation Expenses**

We will pay up to $20 per day, to a maximum of $600, for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

**b. Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

**(1)** Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

**(2)** Specified Causes Of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

(3) Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

## B. Exclusions

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   **a. Nuclear Hazard**

   (1) The explosion of any weapon employing atomic fission or fusion; or

   (2) Nuclear reaction or radiation, or radioactive contamination, however caused.

   **b. War Or Military Action**

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

3. We will not pay for "loss" due and confined to:

   **a.** Wear and tear, freezing, mechanical or electrical breakdown.

   **b.** Blowouts, punctures or other road damage to tires.

   This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

4. We will not pay for "loss" to any of the following:

   **a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

   **b.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

   **c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

   **d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

5. Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

   **a.** Permanently installed in or upon the covered "auto";

   **b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

   **c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

   **d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

6. We will not pay for "loss" to a covered "auto" due to "diminution in value".

## C. Limits Of Insurance

1. The most we will pay for:

   **a.** "Loss" to any one covered "auto" is the lesser of:

   (1) The actual cash value of the damaged or stolen property as of the time of the "loss"; or

   (2) The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

   **b.** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

   (1) Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

**(2)** Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

**(3)** An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

## SECTION IV – BUSINESS AUTO CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

© Insurance Services Office, Inc., 2011

**4. Loss Payment – Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own; or

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less;

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to**.**

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V – DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

   **(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

   **(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

   **(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

   **(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

   **1.** A lease of premises;

   **2.** A sidetrack agreement;

   **3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

   **6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

   **a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

   **b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

   **c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   **1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   **2.** Vehicles maintained for use solely on or next to premises you own or rent;

   **3.** Vehicles that travel on crawler treads;

**4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **a.** Power cranes, shovels, loaders, diggers or drills; or

    **b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**5.** Vehicles not described in Paragraph **1., 2., 3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

    **b.** Cherry pickers and similar devices used to raise or lower workers; or

**6.** Vehicles not described in Paragraph **1., 2., 3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    **a.** Equipment designed primarily for:

      **(1)** Snow removal;

      **(2)** Road maintenance, but not construction or resurfacing; or

      **(3)** Street cleaning;

    **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

    **1.** Damages because of "bodily injury" or "property damage"; or

    **2.** A "covered pollution cost or expense";

to which this insurance applies, are alleged.

"Suit" includes:

    **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

    **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

## STATED AMOUNT INSURANCE

M-3912b (8/2001)

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

TRUCKERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below, and applies only to those vehicles and coverages indicated below or as may be subsequently added to the policy by endorsement and for which physical damage coverage is afforded and for which a limit of liability is indicated. Vehicle numbers refer to the vehicle number and corresponding vehicle described in the schedule of automobiles attached to this policy.

| VEHICLE NUMBER | LIMIT OF LIABILITY | DEDUCTIBLE | COVERAGE | |
|---|---|---|---|---|
| See M-5171 | | $ | ☐ Collision | |
| (06/2004) | $ | $ | ☐ Comprehensive | ☐ Specified Causes of Loss |

For a covered auto described in this endorsement:

BUSINESS AUTO COVERAGE FORM - SECTION III - PHYSICAL DAMAGE COVERAGE - SUBSECTION C - LIMIT OF INSURANCE and SUBSECTION D - DEDUCTIBLE or TRUCKERS COVERAGE FORM - SECTION IV - PHYSICAL DAMAGE SUBSECTION C - LIMITS OF INSURANCE and SUBSECTION D - DEDUCTIBLE are changed to read:

**C. - Limit of Insurance**
1. The most we will pay for "loss" in any one "accident" is the lesser of:
   a. The limit of liability shown in the schedule of this endorsement for the involved "auto", or
   b. The actual cash value of the damaged or stolen "auto" as of the time of the "loss", or
   c. The cost of repairing or replacing the damaged or stolen "auto" with another of like kind or quality, less the applicable deductible.
2. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".
3. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. - Deductible**
For each covered "auto", our obligation to pay for, repair, return or replace the damaged or stolen auto will be reduced by the applicable deductible shown in this endorsement.

BUSINESS AUTO COVERAGE FORM - SECTION IV - BUSINESS AUTO CONDITIONS - SUBSECTION A.4 - LOSS PAYMENT - PHYSICAL DAMAGE COVERAGES or TRUCKERS COVERAGE FORM - SECTION V - TRUCKERS CONDITIONS - SUBSECTION A.4 - LOSS PAYMENT - PHYSICAL DAMAGE COVERAGES is changed to read:

**4.  Loss Payment - Physical Damage Coverages**

At our option we may:
   a. Pay for, repair or replace the damaged or stolen "auto";
   b. Return the stolen "auto", at our expense. We will pay for any damage that results to the "auto" from the theft; or
   c. Take all or any part of the damaged or stolen "auto" at an agreed or appraised value. If we pay either the scheduled limit of liability for that "auto" or its actual cash value, we are entitled to all salvage.

If we pay for the "loss", we will also include payment of the applicable sales tax for the damaged or stolen "auto".

All other terms, conditions and agreements of the policy shall remain unchanged.

| Company Name | Policy Number |
|---|---|
| **Cypress Insurance Company** | **03 TRM 032071 - 02** |
| | Endorsement Effective |
| | **12/01/2019 12:01 AM** |
| Named Insured | Countersigned by |
| **JESSE BATTEN FARMS LLC** | |

(Authorized Representative)

M-3912b (8/2001)          (The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy .)          09/23/2019

POLICY NUMBER:    **03 TRM 032071 - 02**

COMMERCIAL AUTO
CA 21 11 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA UNINSURED MOTORISTS COVERAGE – REDUCED BY AT-FAULT LIABILITY LIMITS

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Georgia, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| Named Insured: | **JESSE BATTEN FARMS LLC** |
| Endorsement Effective Date: | **12/01/2019 12:01 AM** |

**SCHEDULE**

| Limit Of Insurance: | $ See M 5605 (02/2011) | Each "Accident" |
|---|---|---|

Indicate with an "X" in the appropriate box the desired deductible option. Any amount payable for damages under this coverage will be in excess of the applicable deductible option.

**Deductible Option**

| | |
|---|---|
| x | No deductible applies |
| | $ 500 each "accident" |
| | $ 1,000 each "accident" |
| | $ 2,000 each "accident" |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums in excess of the applicable deductible option shown in the Schedule or Declarations that the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" including loss of consortium, sustained by the "insured" or "property damage" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. We will pay under this coverage only after the limits of liability under any applicable liability bonds or policies have been exhausted by payment of judgments or settlements. However, if a settlement is made between an "insured" and the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" for an amount that does not exhaust the limits of liability under any applicable liability bonds or policies, we will not pay under this coverage unless we previously consented to such settlement in writing.

3. Any default judgment arising out of a "suit" for damages against anyone alleged to be legally responsible is not binding on us.

    © Insurance Services Office, Inc., 2012

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":
   a. The Named Insured and any "family members".
   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.
   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":
   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.
   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".
   c. The Named Insured for "property damage" only.

**C. Exclusions**

This insurance does not apply to:

1. Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", if the settlement is made in accordance with GA CODE ANN. Section 33-24-41.1 and the payment of such settlement exhausts the limits of the applicable liability bonds or policies.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. The direct or indirect benefit of any insurer of property.

4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

5. "Property damage" for which the "insured" has been compensated by other property or physical damage coverage.

6. Punitive or exemplary damages.

7. "Bodily injury" or "property damage" arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.

2. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form, any Liability Coverage Form or any Medical Payments Coverage endorsement attached to this Coverage Part.

   We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

   We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation law, exclusive of nonoccupational disability benefits.

3. The Limit of Insurance under this coverage shall be reduced by all sums paid or payable by or for anyone who is legally responsible, including all sums paid under this Coverage Form's Covered Autos Liability Coverage.

4. We will not pay for any "property damage" that is paid or payable under Physical Damage Coverage.

**E. Changes In Conditions**

The conditions of the policy are changed for Uninsured Motorists Coverage as follows:

1. Paragraph **a.** of the **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and Paragraph **e.** in the **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable similar insurance available under more than one policy:

   (1) The following priorities of recovery apply:

   | First | The policy affording Uninsured and Underinsured Motorists Coverage to the "insured" as a Named Insured or, if the Named Insured is an individual, any "family member". |
   |---|---|
   | Second | The Uninsured and Underinsured Motorists Coverage applicable to the vehicle the "insured" was "occupying" at the time of the "accident". |

   (2) We will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

   The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved; and

   b. Promptly send us copies of the legal papers if a "suit" is brought.

3. **Transfer Of Rights Of Recovery Against Others To Us** is also changed by adding the following:

   If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

We shall be entitled to the rights to recover damages from another only after the "insured" has been fully compensated for damages.

4. The **Two Or More Coverage Forms Or Policies Issued By Us** Condition does not apply to the Named Insured or if the Named Insured is an individual, any "family member".

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

3. "Property damage" means:

   a. Injury to or destruction of a covered "auto" or its resulting loss of use;

   b. Injury to or destruction of property contained in the covered "auto" and owned by the Named Insured or, if the Named Insured is an individual, any "family member"; or

   c. Injury or destruction of property contained in the covered "auto" and owned by anyone else "occupying" the covered "auto".

4. "Uninsured motor vehicle" means a land motor vehicle or "trailer":

   a. For which there is neither:

      (1) Cash or securities on file with the Georgia Commissioner of Public Safety; nor

      (2) A liability bond or policy;

      applicable at the time of the "accident".

   b. That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer" for which the sum of the limits of all liability bonds or policies applicable at the time of an "accident" is either:

      (1) Less than the sum of the limits of insurance for Uninsured Motorists Coverage applicable to the "insured" under this Coverage Form and any other Coverage Form or policy; or

      (2) Reduced by payments to others to an amount which is less than the sum of the limits of insurance for Uninsured Motorists Coverage applicable to the "insured" under this Coverage Form and any other Coverage Form or policy.

© Insurance Services Office, Inc., 2012

**c.** For which an insuring or bonding company legally denies coverage or is or becomes insolvent; or

**d.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:

**(1)** Hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying"; or

**(2)** Cause "bodily injury" or "property damage" with no physical contact with an "insured", a covered "auto" or a vehicle an "insured" is "occupying" at the time of the "accident", provided the facts of the "accident" can be corroborated by an eyewitness to the "accident" other than the "insured" making the claim.

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Designed for use mainly off public roads while not on public roads; or

**b.** Owned by or furnished for the regular use of you or any "family member".

© Insurance Services Office, Inc., 2012    CA 21 11 10 13

Policy Number    03 TRM 032071 - 02

**COMMERCIAL AUTO**
**CA 99 03 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

**B. Who Is An Insured**

1. You while "occupying" or, while a pedestrian, when struck by any "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. Exclusions**

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

09/23/2019

**CA 99 03 10 13**        © Insurance Services Office, Inc., 2011        **Page 1 of 2**

**7.** "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**8.** "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The **Conditions** are changed for **Auto Medical Payments Coverage** as follows:

**1.** The **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply.

**2.** The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

© Insurance Services Office, Inc., 2011
CA 99 03 10 13

03 TRM 032071 - 02

COMMERCIAL AUTO
CA 99 44 10 13

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE CLAUSE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** We will pay, as interest may appear, you and the loss payee named in the policy for "loss" to a covered "auto".

**B.** The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

**C.** We may cancel the policy as allowed by the Cancellation Common Policy Condition.

Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy, we will mail you and the loss payee the same advance notice.

**D.** If we make any payments to the loss payee, we will obtain his or her rights against any other party.

| | |
|---|---|
| Policy Number | 03 TRM 032071 - 02 |
| Company | Cypress Insurance Company |
| Insured | JESSE BATTEN FARMS LLC |
| Effective Dates | 12/01/2019 12:01 AM    to    12/01/2020 12:01 AM |
| Secured Party | BANK OF DAWSON |
| | PO BOX 230 |
| | DAWSON, GA 39842 |

**The Coverage described below applies only to those autos listed below.**

| Veh # | Year, Make, Model | VIN | Limit of Insurance | Comp Deduct | Spec C of L Deduct | Collision Deduct |
|---|---|---|---|---|---|---|
| 4 | 2006 PETERBILT CONVENTIONAL | 1XP7DB9X76D877485 | 26,000 | 2,500 | | 2,500 |
| 6 | 2001 TIMPTE TIMPTE | 1TDH422201B099412 | 22,000 | 2,500 | | 2,500 |
| 8 | 2002 FREIGHTLINER FLC120D | 1FUJBBCG42LK29116 | 23,000 | 1,000 | | 1,000 |

M-4034 (07/2010)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TRAILER INTERCHANGE AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

TRUCKERS COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS ENDORSEMENT (CA 2320)
TRAILER INTERCHANGE ENDORSEMENT (CA 2398)

### TRAILER INTERCHANGE TRAILER SCHEDULE

Trailer Interchange coverage applies only to the types of "trailers" as indicated below:

| | | |
|---|---|---|
| ☐ | *"Trailers" In Your Possession Under A Written Trailer Or Equipment Interchange Agreement* | Only those "trailers" you do not own while in your possession under a written "trailer" or equipment interchange agreement in which you assume liability for "loss" to the "trailers" while in your possession. |
| ☒ | *Nonowned "Trailers" In Your Possession* | Only those "trailers" you do not own while in your possession. |
| ☐ | | |

### TRAILER INTERCHANGE COVERAGE SCHEDULE

| COVERAGE | LIMIT OF INSURANCE AND DEDUCTIBLE FOR EACH COVERED TRAILER | PREMIUM | |
|---|---|---|---|
| Specified Causes of Loss | Least of Actual Cash Value, Cost of Repair, or $ _____ Limit of Insurance<br>minus $ _____ Deductible for each covered "trailer",<br>not to exceed $ _____ ($100,000 if blank) for all damages under any one "loss." | $ | |
| Comprehensive | Least of Actual Cash Value, Cost of Repair, or $ __40,000__ Limit of Insurance<br>minus $ __500__ Deductible for each covered "trailer",<br>not to exceed $ __100,000__ ($100,000 if blank) for all damages under any one "loss." | $ | |
| Collision | Least of Actual Cash Value, Cost of Repair, or $ __40,000__ Limit of Insurance<br>minus $ __1,000__ Deductible for each covered "trailer" | $ | Incl. |

M-4034 (07/2010)          Includes copyrighted material of Insurance Services Office, Inc., with its permission

M-4034 (07/2010)

Paragraph C. of SECTION III of the TRUCKERS COVERAGE FORM or MOTOR CARRIER COVERAGE FORM, Paragraph C. of the TRAILER INTERCHANGE ENDORSEMENT (CA 2398) or Paragraph 3. of the TRUCKERS ENDORSEMENT (CA 2320) is changed to read:

C. Limit of Insurance and Deductible

The most we will pay for "loss" to any one "trailer" or its equipment is the least of the following amounts minus any applicable deductible:

1. The limit of insurance shown in the TRAILER INTERCHANGE COVERAGE SCHEDULE above for the involved trailer, or

2. The actual cash value of the damaged or stolen trailer as of the time of the loss, or

3. The cost of repairing or replacing the damaged or stolen trailer with another of like kind or quality.

If part of the policy, the TRUCKERS ENDORSEMENT (CA 2320) paragraph B.1.a is replaced with the following:

B. The following Trailer Interchange Coverage Provisions are added:

1. Coverage

a. We will pay all sums you legally must pay as damages because of "loss" to a "trailer" you don't own or its equipment. The "trailer" must be in your possession according to the indicated description contained in the TRAILER INTERCHANGE TRAILER SCHEDULE.

All other terms, conditions and agreements of the policy shall remain unchanged.

| Company Name | Policy Number |
| | 03 TRM 032071 - 02 |
| **Cypress Insurance Company** | Endorsement Effective |
| | **12/01/2019 12:01 AM** |
| Named Insured | Countersigned by |
| **JESSE BATTEN FARMS LLC** | |

(Authorized Representative)

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

09/23/2019

M-4034 (07/2010)          Includes copyrighted material of Insurance Services Office, Inc., with its permission

Policy Number   03 TRM 032071 - 02

**COMMERCIAL AUTO**
**CA 01 09 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES

For a covered "auto" licensed or principally garaged in Georgia, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

   **1.** Covered Autos Liability Coverage is primary for an "auto" you don't own if operated by the "insured" and owned by a retail seller of "autos".

   **2.** If you are a retail seller of "autos", Covered Autos Liability Coverage is excess for an "auto" you own if operated by an "insured" other than you or your "employee".

   **3.** The **Expected Or Intended Injury** Exclusion is replaced by the following:

   **Expected Or Intended Injury**

   This insurance does not apply to "bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

   However, this exclusion does not apply for coverage up to the minimum limit specified by the Georgia Motor Vehicle Safety Responsibility Act.

**B. Changes In Physical Damage Coverage**

   **1.** If Collision Coverage is provided, Collision Coverage is primary for an "auto" you don't own if operated by the "insured" and owned by a retail seller of "autos".

   **2.** If you are a retail seller of "autos", Collision Coverage is excess for an "auto" you own if operated by an "insured" other than you or your "employee".

   **3.** The "diminution in value" Exclusion does not apply.

**C. Changes In Conditions**

   **1.** Paragraph **A.6.** of the **Cancellation** Common Policy Condition is replaced by the following:

   **6.** If notice is mailed, a receipt provided by, or such other evidence of mailing as prescribed or accepted by, the U.S. Postal Service shall be sufficient proof of notice.

   **2.** Paragraph **2.a.** of **Duties In The Event Of Accident, Claim, Suit Or Loss** is replaced by the following:

   **a.** In the event of "accident", claim, "suit" or "loss", we or our representative must receive prompt notice of the "accident" or "loss". Include:

   **(1)** How, when and where the "accident" or "loss" occurred;

   **(2)** The "insured's" name and address; and

   **(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

   The requirement for giving notice of a claim, if not satisfied by the "insured" within 30 days of the date of the "accident", may be satisfied by an injured third party who, as the result of such "accident", has a claim against the "insured". However, in this event, notice of a claim given by an injured third party must be mailed to us.

3. The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

   **Concealment, Misrepresentation Or Fraud**

   We will not pay for any "loss" or damage in any case of:

   **a.** Concealment or misrepresentation of a material fact; or

   **b.** Fraud;

   committed by you or any other "insured", at any time, and relating to coverage under this policy.

4. The last sentence in the **Appraisal For Physical Damage Loss** Condition is replaced by the following:

   We do not waive any of our rights under this policy by agreeing to an appraisal.

   © Insurance Services Office, Inc., 2012   **CA 01 09 10 13**

Policy Number   03 TRM 032071 - 02

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1.  The insurance does not apply:

    A.  Under any Liability Coverage, to "bodily injury" or "property damage":

        (1)  With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

        (2)  Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

    B.  Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

    C.  Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

        (1)  The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

        (2)  The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

        (3)  The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2.  As used in this endorsement:

    "Hazardous properties" includes radioactive, toxic or explosive properties.

    "Nuclear material" means "source material", "special nuclear material" or "by-product material".

09/23/2019

© ISO Properties, Inc., 2007

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

    **(a)** Any "nuclear reactor";

    **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

    **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

    **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007

Policy Number    03 TRM 032071 - 02

M-5479 (04/2010)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOWING AND STORING COSTS

The following modifies the Coverage Extensions under Physical Damage Coverage:

In the event of a "loss" to a covered "auto" to which this policy's Physical Damage Coverage applies, we will pay the necessary and reasonable incurred cost of towing the covered "auto" to the nearest facility capable of making the necessary repairs or to another location if we agree upon that location prior to towing.  We will also pay the necessary and reasonable incurred cost of storing the covered "auto" for the time required to adjust the claim, subject to a maximum time in storage of 30 days.

All other terms, conditions and agreements remain unchanged.

| Company Name<br>**Cypress Insurance Company** | Policy Number    **03 TRM 032071 - 02** |
| | Endorsement Effective    **12/01/2019 12:01 AM** |
| Named Insured<br>**JESSE BATTEN FARMS LLC** | Countersigned by |

(Authorized Representative)

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

M-5479 (04/2010)

09/23/2019

Policy Number  03 TRM 032071 - 02

M-5647 (01/2013)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COMBINED DEDUCTIBLE

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
CARGO COVERAGE FORM

For a "loss" involving:

1. two or more covered "autos" attached to each other by coupling devices at the time of "loss", with or without covered "cargo"; or

2. a single covered "auto" with its covered "cargo";

our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the Combined Deductible.   The Combined Deductible is the highest individual deductible applicable to the "loss".

If the application of this Combined Deductible would result in a payment to the insured for the "loss" which is less than that which the insured otherwise would have received using each applicable deductible, then each applicable deductible shall apply.

All other terms, conditions and agreements of the policy shall remain unchanged.

| Company Name | Policy Number |
|---|---|
| **Cypress Insurance Company** | **03 TRM 032071 - 02** |
| | Endorsement Effective |
| | **12/01/2019 12:01 AM** |
| Named Insured | Countersigned by |
| **JESSE BATTEN FARMS LLC** | |
| | (Authorized Representative) |

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

M-5647 (01/2013)                                    09/23/2019                    Page 1 of 1

M-5395 (06/2018)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES –
# CANCELLATION AND NONRENEWAL

**A.** Paragraph **A.1.** of the **Cancellation** Common Policy Condition is replaced by the following:

    **1.** The first Named Insured shown in the Declarations may cancel this policy by providing to us an advance oral, electronic or written request for cancellation stating a future date on which the policy is to be cancelled, subject to the following:

        **a.** If only the interest of the first Named Insured is affected, the effective date of cancellation will be either the date we receive the request from the first Named Insured or the date specified in the request, whichever is later. However, upon receiving a request for cancellation from the first Named Insured, we may waive the requirement that the request state the future date of cancellation, by confirming the date and time of cancellation in writing to the first Named Insured.

        **b.** If by statute, regulation or contract this policy may not be cancelled unless notice is given to a governmental agency, mortgagee or other third party, we will mail or deliver at least 10 days notice to the first Named Insured and the third party as soon as practicable after receiving the first Named Insured's request for cancellation.

    Our notice will state the effective date of cancellation.

**B.** Paragraph **A.5.** of the **Cancellation** Common Policy Condition is replaced by the following:

    **5. Premium Refund**

        **a.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

        **b.** If we cancel, the refund will be pro rata, except as provided in c. below.

        **c.** If the cancellation results from failure of the first Named Insured to pay, when due, any premium to us or any amount, when due, under a premium finance agreement, then the refund may be less than pro rata. Calculation of the return premium at less than pro rata represents a penalty charged on unearned premium.

        **d.** If the first Named Insured cancels, the refund may be less than pro rata.

        **e.** The cancellation will be effective even if we have not made or offered a refund.

09/23/2019

M-5396 (06/2018)

C.  The following is added to the **Cancellation** Common Policy condition and supersedes any other provisions to the contrary:

If we decide to:

**1.**  Cancel or nonrenew this policy; or

**2.**  Increase current policy premium by more than 15% (other than any increase due to change in risk, exposure or experience modification or resulting from an audit of auditable coverages); or

**3.**  Change any policy provision which would limit or restrict coverage;

Then:

We will mail or deliver notice of our action (including the dollar amount of any increase in renewal premium of more than 15%) to the first Named Insured at the last mailing address known to us. We will mail or deliver notice at least:

**1.**  10 days before the effective date of cancellation if:
    a.  this policy has been in effect less than 60 days; or
    b.  we cancel for nonpayment of premium; or
    c.  we cancel for the Named Insured's failure to cooperate with an audit when:

        i.  The terms of the policy permit an audit;
        ii.  The Named Insured fails to submit to or allow an audit for the current or most recently expired term;
        iii.  We have made two documented efforts to notify the Named Insured and the Named Insured's agent of potential cancellation; and
        iv.  At least 20 days have passed since the first documented effort to notify the Named Insured of potential cancellation.

**2.**  45 days before the effective date of cancellation if this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium or failure to cooperate with an audit; or

**3.**  45 days before the expiration date of this policy if we decide to nonrenew, increase the premium or limit or restrict coverage.

However, if your financial institution does not honor your initial premium payment for any reason then this policy is void from inception and no advance notice of cancellation is required.

All other terms, conditions and agreements remain unchanged.

| Company Name | Policy Number | 03 TRM 032071 - 02 |
|---|---|---|
| **Cypress Insurance Company** | Endorsement Effective | 12/01/2019 12:01 AM |
| Named Insured<br>**JESSE BATTEN FARMS LLC** | Countersigned at | |
| | By | |
| | | (Authorized Representative) |

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy .)

M-5887 (05/2016)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

SCHEDULE – ADDITIONAL INSURED:

**AGROWSTAR**
**PO BOX 953**
**BONAIRE, GA 31005**

In consideration of payment of the additional premium listed below, LIABILITY COVERAGE is extended to include the additional insured named herein, provided that:

1) such insurance applies only to the ownership, maintenance or use of a covered auto; and

2) such insurance applies only to acts or omissions by you, your agents or your "employees" while such covered auto is being used in your business; and

3) such insurance does not apply to the acts or omissions of the additional insured or any of the additional insured's agents or "employees" other than you; and

4) such insurance does not apply if the additional insured is subject to motor carrier insurance requirements and is not insured for hired "autos" under an "auto" liability insurance form that insures on a primary basis the owners of the "autos" and their agents and "employees" while the "autos" are being used exclusively in the additional insured's business and pursuant to operating rights granted to the additional insured by a public authority; and

5) such inclusion of additional insured shall not increase our limit of liability under this policy.

All other terms, conditions and agreements remain unchanged.

Additional Premium:          $ _          _____

| Company Name | Policy Number |
|---|---|
| **Cypress Insurance Company** | **03 TRM 032071 - 02** |
| | Endorsement Effective |
| | **12/01/2019 12:01 AM** |
| Named Insured | Countersigned by |
| **JESSE BATTEN FARMS LLC** | |

(Authorized Representative)

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

M-5887 (05/2016)

M-5887 (05/2016)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

SCHEDULE – ADDITIONAL INSURED:

**PINE TIMBER COMPANY**
**977 STAGECOACH ROAD**
**OGLETHORPE, GA 31068**

In consideration of payment of the additional premium listed below, LIABILITY COVERAGE is extended to include the additional insured named herein, provided that:

1) such insurance applies only to the ownership, maintenance or use of a covered auto; and

2) such insurance applies only to acts or omissions by you, your agents or your "employees" while such covered auto is being used in your business; and

3) such insurance does not apply to the acts or omissions of the additional insured or any of the additional insured's agents or "employees" other than you; and

4) such insurance does not apply if the additional insured is subject to motor carrier insurance requirements and is not insured for hired "autos" under an "auto" liability insurance form that insures on a primary basis the owners of the "autos" and their agents and "employees" while the "autos" are being used exclusively in the additional insured's business and pursuant to operating rights granted to the additional insured by a public authority; and

5) such inclusion of additional insured shall not increase our limit of liability under this policy.

All other terms, conditions and agreements remain unchanged.

Additional Premium:    $ __  _____  _____

| Company Name | Policy Number |
|---|---|
| **Cypress Insurance Company** | **03 TRM 032071 - 02** |
| | Endorsement Effective |
| | **12/01/2019 12:01 AM** |
| Named Insured | Countersigned by |
| **JESSE BATTEN FARMS LLC** | |

(Authorized Representative)

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy .)

M-5887 (05/2016)

M-5887 (05/2016)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

SCHEDULE -- ADDITIONAL INSURED:

**WAR EAGLE GRAIN LLC DBA AGROSTAR
PO BOX 190
DAVISBORO, GA 31018**

In consideration of payment of the additional premium listed below, LIABILITY COVERAGE is extended to include the additional insured named herein, provided that:

1)  such insurance applies only to the ownership, maintenance or use of a covered auto; and

2)  such insurance applies only to acts or omissions by you, your agents or your "employees" while such covered auto is being used in your business; and

3)  such insurance does not apply to the acts or omissions of the additional insured or any of the additional insured's agents or "employees" other than you; and

4)  such insurance does not apply if the additional insured is subject to motor carrier insurance requirements and is not insured for hired "autos" under an "auto" liability insurance form that insures on a primary basis the owners of the "autos" and their agents and "employees" while the "autos" are being used exclusively in the additional insured's business and pursuant to operating rights granted to the additional insured by a public authority; and

5)  such inclusion of additional insured shall not increase our limit of liability under this policy.

All other terms, conditions and agreements remain unchanged.

Additional Premium:      $ _____

| Company Name | Policy Number |
|---|---|
| **Cypress Insurance Company** | **03 TRM 032071 - 02** |
| | Endorsement Effective |
| | **12/01/2019 12:01 AM** |
| Named Insured | Countersigned by |
| **JESSE BATTEN FARMS LLC** | |

(Authorized Representative)

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy .)

M-5887 (05/2016)

Policy Number   03 TRM 032071 - 02

M-5804 (08/2014)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# UNINSURED MOTORISTS COVERAGE
# AMENDATORY ENDORSEMENT

The following is added to the definition of "uninsured motor vehicle":

An "uninsured motor vehicle" does not include any vehicle which is a covered "auto" under the Liability Coverage section of this policy, regardless of applicable exclusions.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.  All other terms, conditions and agreements of the policy shall remain unchanged.

| Company Name | Policy Number | |
|---|---|---|
| **Cypress Insurance Company** | | **03 TRM 032071 - 02** |
| | Endorsement Effective | |
| | | **12/01/2019 12:01 AM** |
| Named Insured | Countersigned at | |
| **JESSE BATTEN FARMS LLC** | | |
| | By | |

(Authorized Representative)

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

09/23/2019

M-5701 (05/2012)

## SUPPLEMENTAL DECLARATIONS – CARGO COVERAGE

**ITEM TWO**

[X] <u>NAMED PERILS ONLY:</u> Section II, paragraph A.2. applies.

CARGO principally consists of:    **GRAIN, PRODUCE**

**ITEM THREE**                              SCHEDULE OF COVERAGE

| SPECIFICALLY DESCRIBED AUTOS<br><br>DESCRIPTION OF COVERED AUTO | | CARGO LIMIT OF INSURANCE | PREMIUM |
|---|---|---|---|
| 3  FREIGHTLINER  1FUYDSZB1XLA68335 | | $100,000 | See M-5171 (06/2004) |
| 4  PETERBILT  1XP7DB9X76D877485 | | $100,000 | See M-5171 (06/2004) |
| 8  FREIGHTLINER  1FUJBBCG42LK29116 | | $100,000 | See M-5171 (06/2004) |
| HIRED AUTOS | | | |
| ANY AUTOS | | | |
| CATASTROPHE LIMIT ($1,000,000 if left blank) | | | |
| DEDUCTIBLE FOR EACH COVERED "AUTO" | 1,000 | | |
| COVERAGE EXTENSIONS | | | |
| Debris Removal & Loss Mitigation Limit $ | 5,000 | | Incl. |
| Earned Freight Charges Limit $    N/A | | | N/A |
| | | | |
| TOTAL CARGO COVERAGE PREMIUM | | | |

All other terms, conditions and agreements of the policy shall remain unchanged.

| Company Name<br>**Cypress Insurance Company** | Policy Number    **03 TRM 032071 - 02** |
|---|---|
| | Supplemental Declarations Effective<br>**12/01/2019 12:01 AM** |
| Named Insured<br>**JESSE BATTEN FARMS LLC** | Countersigned at<br><br>by |

(Authorized Representative)

(The Attaching Clause need be completed only when this supplemental declarations is issued subsequent to preparation of the policy .)

Policy Number    03 TRM 032071 - 02

M-5623 (04/2011)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# APPLICATION OF POLICY – FINANCIAL RESPONSIBILITY

If a court reforms, rescinds, voids, or invalidates any provision or exclusion of this policy due to applicable state financial responsibility law, that provision or exclusion will be amended to apply only in excess of the statutorily required minimum limits of liability.

All other terms, conditions and agreements remain unchanged.

| Company Name<br>**Cypress Insurance Company** | Policy Number    **03 TRM 032071 - 02** |
|---|---|
| | Endorsement Effective    **12/01/2019 12:01 AM** |
| Named Insured<br>**JESSE BATTEN FARMS LLC** | Countersigned at |
| | By |
| | (Authorized Representative) |

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**Policy Number**   03 TRM 032071 - 02

M-5655 (05/2012)

# CARGO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties, and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us", and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION IV – CARGO DEFINITIONS.

## SECTION I – COVERED AUTOS

**A. DESCRIPTION OF COVERED AUTOS**

ITEM THREE of the Declarations shows the descriptions of "autos" that are covered "autos" for Cargo Coverage. A covered "auto" description only applies if premium is displayed in ITEM THREE of the Declarations for the given description.

1. Covered "Auto" Description

   a. SPECIFICALLY DESCRIBED "AUTOS":
      Only those "autos" described in ITEM THREE of the Declarations for which a cargo coverage premium charge is shown.

   b. HIRED "AUTOS" means:
      Only those "autos" you lease, hire, rent, or borrow. This does not include any private passenger type auto you lease, hire, rent, or borrow from any member of your household, any of your employees, partners, or agents, or members of their households.

   c. ANY "AUTO" means:
      Any "auto" used by you in your business to transport "cargo".

2. If the covered "auto" is a power unit, the covered "auto" for cargo coverage also includes:

   a. Any trailers and semi-trailers; or

   b. A mobile, modular, sectional, or multi-part home or office trailer;

   but only while attached to a described power unit or for up to 48 hours after being detached from a described power unit if the detachment was required by emergency, mechanical breakdown, or servicing of the power unit, trailer, or mobile home.

**B. OWNED AUTOS YOU ACQUIRE AFTER THE POLICY BEGINS**

An "auto" you acquire will be a covered "auto" for cargo coverage only if:

1. We already cover all "autos" that you own for cargo coverage or it replaces an "auto" you previously owned that had cargo coverage; and

2. You tell us within 30 days after you acquire it that you want us to cover it for cargo coverage.

**C. TEMPORARY SUBSTITUTE AUTOS**

Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered

"auto" you own that is out of service because of its:

1. Breakdown;

2. Repair;

3. Servicing;

4. "Loss"; or

5. Destruction;

will be a covered "auto" for Cargo Coverage.

## SECTION II – CARGO COVERAGE

### A. COVERED CARGO

1. In consideration of the payment of the premium and subject to all terms and conditions of this policy, we will pay for:

   a. Physical "loss" to "cargo" owned by you while in transit in or on a covered "auto" operated by you; or

   b. Your legal liability as a motor carrier or bailee for physical "loss" to "cargo" owned by others while in transit in or on a covered "auto" operated by you; or

   c. Physical "loss" to "cargo" caused while loading or unloading by you or your employee unless NAMED PERILS ONLY is checked in ITEM TWO of the Declarations.

2. If NAMED PERILS ONLY is checked in ITEM TWO of the Declarations, we will only pay for physical "loss" to "cargo" caused by:

   a. Fire, lightning, or explosion;

   b. Collision (meaning accidental collision of the covered "auto" with any other vehicle or object);

   c. Overturning of the covered "auto";

   d. Collapse of bridges, docks, wharves, culverts, overpasses, or ramps;

   e. The stranding, sinking, burning, or collision (including general average and salvage charges) of any ferry while operating on inland waterways only;

   f. Floods (meaning the rising of streams and navigable waters from natural causes);

   g. Windstorm, excluding "loss" caused by hail, rain, sleet, or snow, whether driven by wind or not; or

   h. Theft of an entire shipping package.

### B. EXCLUSIONS

1. This insurance does not apply to "losses" caused by any of the following:

   a. Governmental Action

      Seizure or destruction of property by order of governmental authority.

b.  Nuclear Hazard

Nuclear reaction or nuclear radiation or radioactive contamination, all whether controlled or uncontrolled, and whether such "loss" be direct, indirect, proximate, or remote, or be in whole or in part caused by, contributed to, or aggravated by any peril.

c.  War and Military Action

1)  War, including undeclared or civil war;
2)  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or
3)  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

d.  Failure of Temperature Controls

Mechanical failure or breakdown of refrigeration equipment, heating equipment, or temperature control equipment. This exclusion applies only if NAMED PERILS ONLY is checked in ITEM TWO of the Declarations.

e.  Dishonest or Criminal Acts

Dishonest or criminal act committed by:

1)  You, any of your partners, employees, directors, trustees, agents, or authorized representatives;
2)  A manager or a member if you are a limited liability company;
3)  Anyone else with an interest in the property, or their employees or authorized representatives; or
4)  Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such persons are acting alone or in collusion with other persons or whether or not such acts occur during the hours of employment.

f.  Fraud

Voluntary parting with any "cargo" by you or anyone entrusted with the "cargo" if induced to do so by any fraudulent scheme, trick, device, or false pretense.

g.  Failure to Preserve

Neglect of an insured to use all reasonable means to save and preserve "cargo" from further damage at and after the time of "loss".

h.  Improper Loading or Transport

1)  Shifting of a load in or on an "auto", unless the load was adequately secured with straps or tie-downs and the "loss" was caused by breakage or failure of the straps or tie-downs;
2)  Leakage, breaking, marring or scratching, rough handling, or poor packing;
3)  Wetness or dampness unless the compartment carrying the "cargo" is completely covered by a waterproof tarpaulin which is securely fastened;
4)  Deterioration, corrosion, discoloration, mold, rust, frost, rot, spoilage, souring, steaming, or changed flavor;
5)  Any quality in the "cargo" that causes it to damage or destroy itself;
6)  Insects, vermin, or rodents; or

M-5655 (05/2012)

7) Extremes of temperature not caused by mechanical failure or breakdown of refrigeration equipment, heating equipment, or temperature control equipment;

unless caused directly by fire, lightning, explosion, collision, overturning of the covered "auto", floods, windstorm, or theft.

i.  Abandonment or neglect.

j.  Theft

Theft from a fully enclosed and locked "auto", except by forced entry.

2.  This insurance does not apply to:

a.  "Autos", Shipping Containers, and Free "Cargo"

"Loss" to a covered "auto" or its equipment, including tarpaulins and fittings, or to a shipping container in your possession under an interchange agreement, or to "cargo" you carry free or as an accommodation.

b.  Valuable "Cargo"

"Loss" to accounts, bills, deeds, evidences of debt, letters of credit, passports, documents, railroad or other tickets, notes, securities, money, currency, bullion, precious stones, jewelry, furs, silk, paintings, statuary and other works of art, manuscripts, mechanical drawings, or other similar valuables.

c.  Indirect "Loss"

Delay, loss of use, loss of market, diminution of value, or any other indirect "loss".

d.  Shortages

Shortage or "loss" caused by mysterious disappearance or pilferage.

e.  Animals

"Loss" to live animals except for straying, death, or injury rendering death immediately necessary. Subject to all other exclusions, "loss" for straying is limited to expenses in roundup, feeding, and maintaining these live animals until such time as they can be delivered to their final destination. You are required to deliver the load as soon as is practicable but coverage for these additional expenses will cease after ten days following the date of "loss".

f.  "Loss" to illegal "cargo".

g.  "Loss" to cotton within 72 hours after ginning.

h.  Mobile Homes

With respect to mobile homes:

1) "Loss" to personal property that is not an integral part of the mobile home;
2) "Loss" from the collapse or failure of the undercarriage or suspension system of the mobile home including but not limited to axle, wheels, or tires; or
3) "Loss" from sagging, warping, twisting, or "loss" of windows or doors from their frames unless caused directly by fire, lightning, explosions, collision, overturning of the "auto," floods, windstorm, or theft.

i.  Brokerage fees or freight-forwarding fees.

M-5655 (05/2012)

## C.  HOW WE WILL PAY FOR LOSSES

1.  "Loss" is payable to you and to the owner of the "cargo", as interests may appear.

2.  At our option, we may:

    a.  Pay for, repair, or replace damaged or stolen "cargo"; or

    b.  Return the stolen "cargo" at our expense and pay for any damage that results to the "cargo" from the theft; or

    c.  Take all or any part of the damaged or stolen "cargo" upon payment of the Cargo Limit of Insurance stated in the Schedule of Coverage (less deductible).

3.  Subject to the Section II, Part D. Cargo Limit of Insurance, Coinsurance, and Deductible:

    a.  In the event of "loss" to any part of a pair or set of "cargo", we may repair or replace any part to restore the pair or set to its value before the "loss" or pay the difference between the value of the pair or set before and after the "loss".

    b.  In the event of "loss" to any one or more sections of a multi-section mobile or modular home which is covered "cargo", the actual cash value of such "cargo" at the time of "loss" is the value of all sections of the mobile or modular home.  In the event of "loss" to one section of a multi-section mobile or modular home which is covered "cargo" and repairing or replacing the damaged section such that the whole mobile or modular home is usable is not economically feasible, the total amount of the "loss" shall be the value of all sections of the mobile or modular home and the company may take title to the undamaged section(s).

## D.  CARGO LIMIT OF INSURANCE, COINSURANCE, AND DEDUCTIBLE

1.  Cargo Limit of Insurance

    Regardless of the number of covered "autos", "insureds", or claims related to the "loss", the most we will pay under this policy for all losses, subject to the Coinsurance and Deductible clauses:

    a.  For a single covered "auto", is the smallest of the following:

        1)  The limit shown as the Cargo Limit of Insurance in the Schedule of Coverage; or
        2)  The actual cash value of the damaged or stolen "cargo" at the time of the "loss", but actual cash value shall not exceed the lower of the invoice price or the market value on the date and place of shipment.

    b.  For any one "loss", is the smallest of the following:

        1)  The total of all "cargo" limits on all covered "autos" involved in the "loss"; or
        2)  The Catastrophe Limit shown in the Schedule of Coverage.

2.  Coinsurance

    a.  If the Cargo Limit of Insurance shown in the Schedule of Coverage is 80% or more of the actual cash value of the "cargo" at the time of "loss", we will pay the full value of the "loss" up to the Cargo Limit of Insurance.

    b.  If the Cargo Limit of Insurance shown in the Schedule of Coverage is less than 80% of the actual cash value of the "cargo" at the time of "loss", we will pay only a percentage share of the "loss".  We will determine the most we will pay using the following steps:

Step 1:  Multiply the actual cash value of the "cargo" at the time of "loss" by 0.80;

Step 2:  Divide the Cargo Limit of Insurance shown in the Schedule of Coverage by the figure determined in Step 1;

Step 3:  Multiply the total amount of "loss", before the application of any deductible, by the figure determined in Step 2; and

Step 4:  Subtract the deductible from the figure determined in Step 3.

We will pay the amount determined in Step 4 or the Cargo Limit of Insurance shown in the Schedule of Coverage, whichever is less.

3.  Deductible

For each "loss", our obligation to pay for, repair, return, or replace damaged or stolen "cargo" will be reduced by the applicable deductible per covered "auto" as shown in the Schedule of Coverage. Such deductible does not apply to any Coverage Extension as described in paragraph II.E.

## E.  COVERAGE EXTENSIONS

The payments made under Coverage Extensions will not reduce the Cargo Limit of Insurance.

1.  Debris Removal and Loss Mitigation

Subject to the Debris Removal and Loss Mitigation Limit shown in ITEM THREE of the Declarations, we will pay for:

a.  Reasonable expenses for removal or clean-up of debris of covered "cargo" if necessitated by a covered "loss"; and

b.  Reasonable expenses incurred to mitigate a covered "loss", including expenses related to saving and preserving the "cargo" and necessary storage fees.

2.  Earned Freight Charges

Subject to the Earned Freight Charges Limit shown in ITEM THREE of the Declarations, we will pay for freight charges you have earned to the point of the accident but cannot collect because of "loss" which results in a loss payment under this cargo coverage.

## F.  DEFENSE

We will have the option, but not the duty, to defend any suit seeking to hold you liable for "loss" to "cargo" owned by others to which this insurance applies. We may at our discretion investigate any "loss" and settle any claim or suit that may result.

## SECTION III – CARGO CONDITIONS

The following are conditions for coverage under this policy:

## A.  LOSS CONDITIONS

1.  Appraisal for "Cargo" "Loss"

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire.

The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

    a.  Pay its chosen appraiser; and

    b.  Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

2.  Your Duties in the Event of "Cargo" "Loss"

    a.  You must give us or our authorized representative prompt notice of "loss" including how, when, and where the "loss" occurred.

    b.  You must not assume any obligation, make any payment, or incur any expense without our consent, except at your own cost.

    c.  You must immediately send us copies of any demand, notice, summons, or legal paper received concerning the "loss".

    d.  You must cooperate with us in investigating, securing information and evidence, effecting settlements, arranging for the attendance of witnesses at trials, and prosecuting appeals in connection with each claim.

    e.  You must promptly notify the police if the "cargo" is stolen.

    f.  You must take all reasonable steps to protect the "cargo" from further damage. You must keep a record of your expenses for consideration in the settlement of the claim.

    g.  You must permit us to inspect the "cargo" and records proving the "loss".

    h.  You must agree to examinations under oath at our request and give us a signed statement of your answers.

    i.  When required by us, you must send us a sworn proof of "loss" containing the information we request to settle the claim.

3.  Legal Action Against Us

No one may bring any legal action against us under this coverage unless:

    a.  There has been full compliance with all the terms and conditions of this coverage;

    b.  The legal action is commenced against us within twelve (12) months after the determination of your liability for the "loss" (or within twelve (12) months after the date of "loss" if you own the "cargo"), provided that where that limitation of time is prohibited under the laws of the state in which this coverage is issued, no legal action against us shall be sustainable unless it is commenced within the shortest limitation of time permitted under the laws of that state; and

    c.  With respect to your liability for "loss" to "cargo" owned by others, there has been an "agreed settlement" or a final judgment against you obtained after an actual trial.

4.  Transfer of Rights of Recovery Against Others to Us

If any person or organization to or for whom we make payment under this coverage has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after the "loss" to impair them.

M-5655 (05/2012)

## B. GENERAL CARGO CONDITIONS

1. Concealment, Misrepresentation, or Fraud

   This coverage is void in any case of fraud by you at any time as it relates to this coverage. It is also void if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning this coverage, a claim under this coverage, or your interest in the property.

2. No Benefit to Bailee

   We will not recognize any assignment or grant any coverage for the benefit of any person or organization (other than the Named Insured) holding, storing, or transporting property for a fee regardless of any other provision of this coverage.

3. Other Insurance

   a. If you have other insurance covering the same "loss" as the insurance under this policy, we will pay (subject to all other terms and conditions of the policy) only the amount of the "loss" in excess of what you should have received from the other insurance unless the other insurance is written explicitly to apply in excess of the Cargo Limit of Insurance shown in the Declarations of this Coverage. We will pay the excess whether you can collect on the other insurance or not.

   b. If the only other insurance coverage available is a cargo policy issued to another motor carrier as the Named Insured and your liability arises under a written lease with that motor carrier, then this coverage shall be primary.

   c. When this Coverage Form and any other coverage form or policy covers on the same basis, either primary or excess, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the coverage forms and policies covering on the same basis.

4. Policy Period, Coverage Territory

   a. Under this coverage, we cover "losses" occurring:

      1) During the policy period shown in the Declarations; and
      2) Within the coverage territory.

   b. The coverage territory is:

      1) The United States of America;
      2) The territories and possessions of the United States of America;
      3) Puerto Rico; and
      4) Canada.

5. Abandonment

   There can be no abandonment of any property to us.

6. Indemnification Clause

   You agree to reimburse us for any payment we make solely because of a federal, state, or provincial filing we have made under the policy on your behalf.

7. Agent

No person may be considered our agent unless specifically authorized in writing by us.

## SECTION IV – CARGO DEFINITIONS

The following words and phrases have special meaning for CARGO COVERAGE only.

A. **"AGREED SETTLEMENT"** means a settlement and release of your liability signed by the claimant or the claimant's legal representative to which we have granted our written consent.

B. **"AUTO"** means a land motor vehicle, trailer, or semi-trailer designed for travel on public roads.

C. **"CARGO"** means property of others which is in your custody while loaded for shipment in or on a covered "auto" or property owned by you while loaded for shipment in or on a covered "auto".

D. **"INSURED"** means any person or organization named in ITEM ONE of the Declarations.

E. **"LOSS"** means a direct and accidental loss or damage.

**Policy Number**     03 TRM 032071 - 02                                                    M-3795 (3/87)

## PUNITIVE DAMAGE EXCLUSION
## DUTY TO DEFEND AMENDMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies the insurance provided under all coverage forms and is effective on the inception date of the policy or on the date shown below.

The insuring agreement is amended to provide that this insurance does not apply to any sums awarded as punitive damages.

The Company has the right and duty to defend any suit asking for damages covered by this policy. However, the Company has no duty to defend suits for bodily injury or property damage not covered by this policy. The Company has the right to defend any suit against the insured which seeks both punitive damages and damages covered in the insuring agreement. However, the Company has no duty to defend any suit seeking only punitive damages or where the remaining allegations of a complaint seek only punitive damages, and the Company shall have the right to settle that part or parts of a suit seeking damages other than punitive.

In the event of a conflict of interest between the insured and the Company due to allegations of punitive damage or due to other allegations not covered by the insuring agreement, the Company shall not be obligated to retain separate counsel to represent the interests of the insured with respect to defense of non-covered allegations, but the insured shall have the right to retain separate counsel at the insured's expense to serve as co-counsel. The Company shall not be required to relinquish control of the defense to such co-counsel so long as covered allegations remain in the suit.

All other terms, conditions and agreements of the policy shall remain unchanged.

| Company Name<br>**Cypress Insurance Company** | Policy Number<br>**03 TRM 032071 - 02** |
| | Endorsement Effective<br>**12/01/2019 12:01 AM** |
| Named Insured<br>**JESSE BATTEN FARMS LLC** | Countersigned by |

(Authorized Representative)

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

M-3795 (3/87)

09/23/2019

Policy Number  03 TRM 032071 - 02

M-5824 (01/2015)

# TERRORISM RISK INSURANCE ENDORSEMENT

## NOTICE TO POLICYHOLDERS REQUIRED UNDER
## TERRORISM RISK INSURANCE ACT OF 2002

Pursuant to the requirements of the Terrorism Risk Insurance Act of 2002 (the "Act"), including all amendments thereto, we advise you of the following information:

Coverage for acts of terrorism is included in this policy subject to the terms, conditions, limits and exclusions contained therein.  Under this coverage, certain losses caused by certified acts of terrorism may be partially reimbursed by the United States under a formula established by federal law.  Under this formula, the United States pays a portion (85% in Calendar Year 2015, decreasing by 1% each year starting January 1, 2016, until reaching 80% on January 1, 2020) of covered terrorism losses exceeding the statutorily-established deductible paid by the insurance company providing the coverage.  While your insurer faces significant exposure under your policy for losses caused by acts of terrorism, the premium you paid for the policy does not reflect that exposure. **Consequently, no premium is currently being charged on your policy for the risk of losses caused by certified acts of terrorism.**

THERE IS AN ANNUAL LIABILITY CAP FOR COVERED TERRORISM LOSSES UNDER THE ACT EQUAL TO $100,000,000,000 OF AGGREGATE INSURED LOSSES AS DEFINED IN THE ACT. LOSSES PAID UNDER THIS COVERAGE WILL BE PARTIALLY REIMBURSED BY THE UNITED STATES UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. UNDER THIS FORMULA, THE UNITED STATES PAYS A PORTION (85% IN CALENDAR YEAR 2015, DECREASING BY 1% EACH YEAR STARTING JANUARY 1, 2016, UNTIL REACHING 80% ON JANUARY 1, 2020) OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY-ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. ANY INSURER THAT HAS SATISFIED THEIR STATUTORILY-ESTABLISHED DEDUCTIBLE IS NOT LIABLE FOR AND THE UNITED STATES SECRETARY OF THE TREASURY IS NOT AUTHORIZED TO PAY ANY PORTION OF SUCH LOSSES EXCEEDING THE CAP ON ANNUAL LIABILITY OF $100,000,000,000.

Premium on renewal of your coverage may be charged for you to maintain coverage for losses arising out of acts of terrorism.  In that event you will be informed of such charges to the extent required by federal or state law.

| Company Name | Policy Number |
| --- | --- |
| **Cypress Insurance Company** | **03 TRM 032071 - 02** |
| | Endorsement Effective |
| | **12/01/2019 12:01 AM** |
| Named Insured | Countersigned at |
| **JESSE BATTEN FARMS LLC** | |
| | By |

(Authorized Representative)

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

M-5824 (01/2015)